IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena to Scribd, Inc. | Case No. 2017-cv-5962 |

**Petitioner PharMEDium Services, LLC's Request for Issuance of
17 U.S.C. § 512(h) Subpoena**

Petitioner PharMEDium Services, LLC ("PharMEDium") respectfully requests that the Clerk of this Court issue a subpoena to Scribd, Inc. ("Scribd") to identify an alleged infringer or infringers, pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h) (the "DMCA Subpoena"), and respectfully shows the Court as follows:

1. The DMCA Subpoena is directed to Scribd, the service provider of the website to which the infringing party, under the user name "black betty" posted content at the following URLs:

CPS-793
https://www.scribd.com/document/341389854/Method-Suitability-Challenge-Organism-Stock-Suspension-Preparation

CPS-790
https://www.scribd.com/document/341389814/Using-the-ScanRDI-for-Sterility-Testing-of-Compounded-Sterile-Preparations

CPS-789
https://www.scribd.com/document/341389754/Facility-Continuous-Improvement-Audit-Program

CPS-1500
https://www.scribd.com/document/341389896/ScanRDI-Sterility-Assay-Test-Transfer-to-Testing-Laboratories

CPS-792
https://www.scribd.com/document/341389789/Rapid-Testing-Samples-Flow

CPS-048
https://www.scribd.com/document/341389623/Analytical-Method-Validation-and-Method-Transfer

CPS-775
https://www.scribd.com/document/341389675/On-going-Sterility-and-Endotoxin-Monitoring-Program

CPS-791
https://www.scribd.com/document/341389834/Verifying-a-New-Drug-Concentration-or-Volume-for-Testing-With-the-ScanRDI

CPS-712
https://www.scribd.com/document/341389658/Temperature-Monitoring

CPS-707
https://www.scribd.com/document/341389647/Microbiological-and-Environmental-Testing

CPS-003 Addendum 6
https://www.scribd.com/document/329472471/Sterility-Lab-Personnel-Instructional-Training-Plan

CPS-035
https://www.scribd.com/document/341389573/Personnel-Gowning-and-Aseptic-Technique-and-Controls

CPS-065
https://www.scribd.com/document/341389599/Basic-Investigation-Module

CPS-003 Addendum 5
https://www.scribd.com/document/329472424/Sterility-Lab-Qualification-Training-Program

The above-cited content infringes copyrights held by PharMEDium .

2.     PharMEDium has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

a.     PharMEDium has submitted a copy of the notice required by 17 U.S.C. § 512(c)(3)(A) as Exhibit 1 to the to the DeMarte Declaration, and the DeMarte Declaration is attached as Exhibit A to this Petition;

b.     PharMEDium has attached its proposed DMCA Subpoena as Exhibit B to this Petition; and

c.     PharMEDium has submitted a sworn declaration confirming that the purpose of the requested DMCA Subpoena is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting PharMEDium's rights under 17 U.S.C. § 101 *et seq*.

Because PharMEDium has complied with the statutory requirements, PharMEDium respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

Dated: August 16, 2017                    Michael Best & Friedrich LLP


                                          By: /s/ Zachary J. Watters
                                             Zachary J. Watters (6310675)
                                             zjwatters@michaelbest.com
                                             444 W Lake Street, Suite 3200
                                             Chicago, IL 60606
                                             312.222.0800 (phone)
                                             312.222.0818 (facsimile)

                                             Attorneys for Petitioner
                                             PharMEDium Services, LLC

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena to Scribd, Inc. | Case No.  2017-cv-5962 |

### Declaration in Support of Petitioner PharMEDium Services, LLC's Request for Issuance of 17 U.S.C. § 512(h) Subpoena

I, Luke DeMarte, declare as follows:

1.      I am an attorney licensed to practice law in the State of Illinois and am associated with Michael Best & Friedrich LLP ("MBF"), counsel for PharMEDium Services, LLC ("PharMEDium").  MBF is authorized to act on behalf of PharMEDium on matters involving the infringement of PharMEDium's copyrighted works.  I have personal knowledge of the facts contained in this Declaration and, if called upon to do so, I could and would testify competently thereto.

2.      I submit this Declaration in support of PharMEDium's request for issuance to Scribd, Inc. ("Scribd") of a subpoena, pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to identify an alleged infringer (or infringers) who posted unauthorized copies of certain works owned by PharMedium in violation of PharMEDium's copyrights (the "Infringing Content") under the user name "black betty," at the following URLs:

> CPS-793
> https://www.scribd.com/document/341389854/Method-Suitability-Challenge-Organism-Stock-Suspension-Preparation
>
> CPS-790
> https://www.scribd.com/document/341389814/Using-the-ScanRDI-for-Sterility-Testing-of-Compounded-Sterile-Preparations
>
> CPS-789
> https://www.scribd.com/document/341389754/Facility-Continuous-Improvement-Audit-Program

CPS-1500
https://www.scribd.com/document/341389896/ScanRDI-Sterility-Assay-Test-Transfer-to-Testing-Laboratories

CPS-792
https://www.scribd.com/document/341389789/Rapid-Testing-Samples-Flow

CPS-048
https://www.scribd.com/document/341389623/Analytical-Method-Validation-and-Method-Transfer

CPS-775
https://www.scribd.com/document/341389675/On-going-Sterility-and-Endotoxin-Monitoring-Program

CPS-791
https://www.scribd.com/document/341389834/Verifying-a-New-Drug-Concentration-or-Volume-for-Testing-With-the-ScanRDI

CPS-712
https://www.scribd.com/document/341389658/Temperature-Monitoring

CPS-707
https://www.scribd.com/document/341389647/Microbiological-and-Environmental-Testing

CPS-003 Addendum 6
https://www.scribd.com/document/329472471/Sterility-Lab-Personnel-Instructional-Training-Plan

CPS-035
https://www.scribd.com/document/341389573/Personnel-Gowning-and-Aseptic-Technique-and-Controls

CPS-065
https://www.scribd.com/document/341389599/Basic-Investigation-Module

CPS-003 Addendum 5
https://www.scribd.com/document/329472424/Sterility-Lab-Qualification-Training-Program

3.      On August 10, 2017, I submitted a notification to Scribd on behalf of

PharMEDium, via email to copyright@scribd.com, the address for DMCA notifications provided

on Scribd's website at https://www.scribd.com/copyright/report-infringement, identifying the

Infringing Content and providing information required by 17 U.S.C. § 512(c)(3)(A).  A true and

correct copy of the notice submitted to Scribd is attached to this Declaration as Exhibit 1.

2

4.     PharMEDium is seeking this DMCA Subpoena to obtain the identity of an alleged infringer (or infringers) and such information will only be used for the purpose of protecting PharMEDium's rights under 17 U.S.C. §§ 101, *et. seq.*

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 16, 2017                    Michael Best & Friedrich LLP

                              By: /s/ Luke DeMarte
                                  Luke DeMarte
                                  Attorneys for Petitioner
                                  PharMEDium Services, LLC

# EXHIBIT 1

**From:**            DeMarte, Luke W (35795)
**Sent:**            Thursday, August 10, 2017 7:44 PM
**To:**            'copyright@scribd.com'
**Subject:**            Scribd DMCA copyright infringement notification

August 11, 2017

VIA E-MAIL COPYRIGHT@SCRIBD.COM

Scribd, Inc.
Attn: Scribd DMCA copyright infringement notification
333 Bush Street
Suite 2400
San Francisco, CA 94104

Re:      <u>Scribd DMCA Copyright Infringement Notification</u>

Dear Sirs:

This firm represents PharMEDium Services, LLC ("PharMEDium"). PharMEDium is the owner of various copyrighted works, including many documents used for its internal business processes. We hereby provide notice of infringements of PharMEDium's copyrights pursuant to the terms of the Digital Millennium Copyright Act.

PharMEDium is the owner of the copyrights in the following works (collectively, the "Works"):

CPS-793
CPS-790
CPS-789
CPS-1500
CPS-792
CPS-048
CPS-775
CPS-791
CPS-712
CPS-707
CPS-003 Addendum 6
CPS-035
CPS-065
CPS-003 Addendum 5

It has come to PharMEDium's attention that the Scribd service displays, distributes and makes available for download unauthorized copies of the Works. The following is a list of the infringing materials and the URLs at which the Works are accessible on the Scribd service:

CPS-793
https://www.scribd.com/document/341389854/Method-Suitability-Challenge-Organism-Stock-Suspension-Preparation

CPS-790
https://www.scribd.com/document/341389814/Using-the-ScanRDI-for-Sterility-Testing-of-Compounded-Sterile-Preparations

CPS-789
https://www.scribd.com/document/341389754/Facility-Continuous-Improvement-Audit-Program

CPS-1500
https://www.scribd.com/document/341389896/ScanRDI-Sterility-Assay-Test-Transfer-to-Testing-Laboratories

CPS-792
https://www.scribd.com/document/341389789/Rapid-Testing-Samples-Flow

CPS-048
https://www.scribd.com/document/341389623/Analytical-Method-Validation-and-Method-Transfer

CPS-775
https://www.scribd.com/document/341389675/On-going-Sterility-and-Endotoxin-Monitoring-Program

CPS-791
https://www.scribd.com/document/341389834/Verifying-a-New-Drug-Concentration-or-Volume-for-Testing-With-the-ScanRDI

CPS-712
https://www.scribd.com/document/341389658/Temperature-Monitoring

CPS-707
https://www.scribd.com/document/341389647/Microbiological-and-Environmental-Testing

CPS-003 Addendum 6
https://www.scribd.com/document/329472471/Sterility-Lab-Personnel-Instructional-Training-Plan

CPS-035
https://www.scribd.com/document/341389573/Personnel-Gowning-and-Aseptic-Technique-and-Controls

CPS-065
https://www.scribd.com/document/341389599/Basic-Investigation-Module
CPS-003 Addendum 5
https://www.scribd.com/document/329472424/Sterility-Lab-Qualification-Training-Program

I have a good faith belief that such use of the Works on the Scribd service is not authorized by the copyright owner, the copyright owner's agent, or the law. The information in this notification is accurate. I swear, under the penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights in the Works that are allegedly infringed.

We therefore request that you remove or disable access to the Works.  I can be contacted at the address, email address and phone number below:

> Luke DeMarte
> Michael Best & Friedrich LLP
> 444 W. Lake Street, Suite 3200
> Chicago, IL 60606
> lwdemarte@michaelbest.com
> (312) 222-5795

Sincerely,

/s/ luke demarte

**Luke W. DeMarte**
**Partner**
**E** lwdemarte@michaelbest.com
**T** 312.222.5795 **|** **F** 312.222.0818 **|** michaelbest.com

**Michael Best** A **LexMundi** Member
Michael Best & Friedrich LLP           my bio **|** our firm **|** vCard

# EXHIBIT B

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Illinois

| | | |
|---|---|---|
| In re: DMCA Section 512(h) Subpoena to Scribd, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2017-cv-5962 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
Scribd, Inc. by and through its registered agent,
BUSINESS FILINGS INCORPORATED, 818 W 7th Street, Suite 930, Los Angeles, CA 90017

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Documents sufficient to show identifying information, including name, address, telephone number, and email address available to identify the people or entities who posted the Infringing Content as defined in the attached Schedule A.

| Place: LeClairRyan, Attention: Patricia Peden<br>44 Montgomery Street, Suite 3100<br>San Francisco, CA 94104 | Date and Time:<br><br>08/24/2017 9:00 am |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
PharMEDium Services, LLC _____, who issues or requests this subpoena, are:

Zachary Watters, 444 W Lake Street, Ste 3200, Chicago, IL 60606, zjwatters@michaelbest.com, 312.222.0800

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  2017-cv-5962

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DMCA Section 512(h) Subpoena
to Scribd, Inc.

Case No.  2017-cv-5962

## Schedule A to DMCA Section 512(h) Subpoena to Scribd, Inc.

The Infringing Content is defined as all content posted by an individual(s) utilizing the

user name "black betty," at the following URLs:

CPS-793
https://www.scribd.com/document/341389854/Method-Suitability-Challenge-Organism-Stock-Suspension-Preparation

CPS-790
https://www.scribd.com/document/341389814/Using-the-ScanRDI-for-Sterility-Testing-of-Compounded-Sterile-Preparations

CPS-789
https://www.scribd.com/document/341389754/Facility-Continuous-Improvement-Audit-Program

CPS-1500
https://www.scribd.com/document/341389896/ScanRDI-Sterility-Assay-Test-Transfer-to-Testing-Laboratories

CPS-792
https://www.scribd.com/document/341389789/Rapid-Testing-Samples-Flow

CPS-048
https://www.scribd.com/document/341389623/Analytical-Method-Validation-and-Method-Transfer

CPS-775
https://www.scribd.com/document/341389675/On-going-Sterility-and-Endotoxin-Monitoring-Program

CPS-791
https://www.scribd.com/document/341389834/Verifying-a-New-Drug-Concentration-or-Volume-for-Testing-With-the-ScanRDI

CPS-712
https://www.scribd.com/document/341389658/Temperature-Monitoring

CPS-707

https://www.scribd.com/document/341389647/Microbiological-and-Environmental-Testing

CPS-003 Addendum 6

https://www.scribd.com/document/329472471/Sterility-Lab-Personnel-Instructional-Training-Plan

CPS-035

https://www.scribd.com/document/341389573/Personnel-Gowning-and-Aseptic-Technique-and-Controls

CPS-065

https://www.scribd.com/document/341389599/Basic-Investigation-Module

CPS-003 Addendum 5

https://www.scribd.com/document/329472424/Sterility-Lab-Qualification-Training-Program